IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. CR-13-00193-01-YGR |
| Plaintiff, | **ORDER FOR VOLUNTARY SURRENDER** |
| v. | |
| Adell Burrell, | |
| Defendant. | |

Defendant is ORDERED to report to the United States Marshal's Office, Room 150C, 1301 Clay Street, Oakland by 9:00am on Thursday, June 13, 2013 for voluntary surrender.

**IT IS SO ORDERED.**

Dated: June 12, 2013

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE